## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| LEIF HINTERBERGER,<br>49-50 LLC,<br>CARREAU DESIGN CORPORATION,<br>49TH STREET SHOPS LLC,<br>UPTOWN RETAIL LLC,<br>UPTOWN BUSINESS CENTER LLC,<br><br>             Plaintiffs,<br><br>  v.<br><br>CITY OF INDIANAPOLIS,<br>CHARLES CAGANN,<br>MANSUR REAL ESTATE SERVICES<br>CLERKS ENTRY OF DEFAULT ENTERED<br>ON 9/13/2016,    .<br><br>             Defendants.<br><br>REGINALD WALTON TERMIANTED<br>9/18/2017,<br><br>             Miscellaneous. | No. 1:16-cv-01341-SEB-MJD<br><br>Hon. Sarah Evans Barker |

### NOTICE OF DISMISSAL OF CLAIMS AGAINST MANSUR

Plaintiffs, Leif Hinterberger, 49-50 LLC, Carreau Design Corporation, 49th Street Shops LLC, Uptown Retail LLC, and Uptown Business Center LLC, (collectively "Plaintiffs"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss all claims alleged in this action against Defendant Mansur Real Estate Services ("Mansur"). Mansur has not filed an answer nor a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully submitted,

By:   /s/ Michael Kozlowski

Michael Kozlowski (IL ARDC No. 6320950)
Esbrook Law, LLC
Attorney No.: 62618
77 W. Wacker Dr. Suite 4500
Chicago, Illinois 60601
Phone: (312) 319-7680
michael.kozlowski@esbrooklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Michael Kozlowski, certify that on January 13, 2021, I submitted a true and complete copy of the foregoing Notice of Dismissal of Claims Against Mansur to the clerk of the court for service via the court's CM/ECF system upon the following counsel of record:

Adam Willfond (31549-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
adam.willfond@indy.gov

      I further certify that on January 13, 2021, I caused to a copy of the foregoing Notice of Dismissal of Claims Against Mansur to be served by overnight delivery via Federal Express on the following:

Mansur Real Estate Services, Inc.
c/o Charles R. Cagann, President
255 N. Alabama Street, #300
Indianapolis, IN 46204

      /s/ Michael Kozlowski

Michael Kozlowski
Esbrook Law LLC